Buyers request reimbursement for all missing items that were included in contract:

- Window blinds - $8,990
- Window drapes and Hardware - $2,325
- Built in refrigerator (GE =$2,470, JennAir=$2,997) used Average = $2,734
- Woodmode refrigerator door panels* (GE=$1,100, JennAir=$1,400) used Average - $1,250
- Built in Electrolux Dishwasher - $1,200
- Exterior Garden Bell - $50.00
- Wall mounted Copper Mailbox - $100.00

**Total cost of Replacement: $16,650**

*Note - to replace the door panels on the refrigerator I received an over the phone quote of $1,100 for the GE Profile refrigerator and $1,400 for the Jen-air. I will be receiving a more formal quote on Tuesday or Wednesday of this week and will provide the underlying support.

EXHIBIT A

**PROPOSAL**
1/19/2011
Harry Grults
191 Baldwin rd
Birmingham, MI

**DESIGNS UNLIMITED**
104 Willits / Birmingham / Michigan / 48009 / (248) 258-3222

| Description | Amount |
|---|---|
| Custom Panels for integrated refrigerator | $1,440.76 |
| Installation at $70 per hour (minimum of one hour due)(to be determined) | $70.00 |
| Exterior hardware (handles / knobs) not included | |
| Sub total: | $1,510.76 |
| Tax rate: 6%    Tax: | $86.45 |
| Other: | |
| TOTAL: | $1,597.21 |

**NOT INCLUDED IN PRICE UNLESS SPECIFIED:**
* Plumbing and plumbing fixtures of any kind.
* Electrical work of any kind.
* Stereo disconnect or reconnect.
* Appliances of any kind.
* Venting of appliances.
* Mirrors and glass of any kind
* Flooring of any kind.
* Handles of any kind.
* Wallpaper, paint or decorating of any kind.
* Relocating or reconstruction of any plumbing, electrical, venting, or rotted materials uncovered during soffit, header or partition removal.
* Removal of debris from premises.
* Damages to customers flooring, appliances, fixtures, wallpaper, paint, etc.

**CONDITIONS OF PROPOSAL:**
* The price and terms of this proposal are not subject to change unless approved in writing.
* All proposals and agreements are contingent upon strikes, accidents, fires, availability of materials and all other causes beyond our control.
* A monthly finance charge of 1.5% will be added to all outstanding balances after 30 days.
* This proposal is void if not accepted within sixty (60) days from the above date.
* Upon acceptance of this proposal, any cancellation will result in a cancellation charge.
* All material is guaranteed to be as specified, and work will be performed in accordance with the drawings and specifications submitted for work.

**PAYMENTS TO BE MADE AS FOLLOWS:**
1.) 50% deposit
2.) 40% due on delivery
3.) balance due on installation

* Prices may vary due to final selections.
* When drawings have been released, 15% of the total purchase price is non-refundable and is used as a design fee.
* If purchasing a wall unit with a face frame, full payment is due prior to construction of the face frame.

- ACCEPTANCE OF PROPOSAL -
THE ABOVE PRICES, SPECIFICATIONS & CONDITIONS ARE SATISFACTORY AND ARE HEREBY ACCEPTED. YOU ARE AUTHORIZED TO DO THE WORK AS SPECIFIED. PAYMENT WILL BE MADE AS OUTLINED ABOVE.

Designs Unlimited
    Signature:

Customer
    Signature:                                                                 Date:



Designs Unlimited
104 Willits
Birmingham, MI 48009
PHONE: (248) 258-3222
FAX: (248) 258-3994

www.designsunlimitedor...

**poggenpohl**
The Ultimate Kitchen

EXHIBIT B

## Ken Schneider

**From:** Ken Schneider [kschneider@schneidermiller.com]
**Sent:** Wednesday, January 19, 2011 4:40 PM
**To:** 'Dean Nelson'; 'harry.l.gruits@us.pwc.com'
**Cc:** 'K. Jin Lim'; 'kclayson@schneidermiller.com'; 'Ralph Roberts'
**Subject:** Baldwin

Mr Gruits' e-mails, photos and backup for his claims under the purchase agreement were forwarded earlier today. Failing an agreement by this Friday between the Debtors and Mr Gruits regarding the $25,000 in sale proceeds (withheld by the terms of the order confirming sale pending Debtors' surrender of the property in good order) we will file an interpleader action for deposit of the money in the court registry. All fees and costs incurred or to be incurred by the estate will be charged to this fund. The court would then decide who gets the remaining funds.

**EXHIBIT C**

SCHNEIDER MILLER, P.C.
645 Griswold; Suite 3900
Detroit, MI 48226


Invoice submitted to:
Thomas and Ann Marie Joseph
#09-47487 tjt


January 27, 2011

Invoice #10462

Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/10/11 | Received and reviewed accounting of purchaser's claims. Telephone conversation with Ralph Roberts regarding same. (.30) Reviewed p.a. (.20) Letter regarding same and regarding charges against debtors' exemption claims, etc. (.20) | 0.70<br>390.00/hr | 273.00 |
| 1/18/11 | Received and reviewed purchaser's summary of damages and supporting documents. (1.0) Memo to file regarding same. (.20) | 1.20<br>390.00/hr | 468.00 |

EXHIBIT D

Thomas and Ann Marie Joseph									Page   2

|          |                                                                                                                                  | Hrs/Rate          | Amount     |
|----------|----------------------------------------------------------------------------------------------------------------------------------|-------------------|------------|
| 1/20/11  | Telephone conversation with Gruits regarding status of dispute and nature of interpleader, etc. Memo to file regarding same.     | 0.50<br>390.00/hr | 195.00     |
| 1/26/11  | Reviewed sale and rules. (.50) Drafted complaint in interpleader. (1.20)                                                         | 1.70<br>390.00/hr | 663.00     |
|          | For professional services rendered                                                                                               | 4.10              | $1,599.00  |
|          | Balance due                                                                                                                      |                   | $1,599.00  |