# EXHIBIT B

 

## OFFER TO PURCHASE REAL ESTATE

1. **BUYER'S OFFER.** The undersigned Buyer hereby offers and agrees to purchase the following property located in the ☒City/ ☐Township/☐Village (check one) of __Birmingham__, __Oakland__ County, Michigan, described as follows: __T2N,R10E,SEC 25 WHITEHEAD & MITCHELL ADD LOT 27 & ELY PART OF LOT 30 BEG AT NE LOT COR, TH SLY 50 F__, being known as _____191 Baldwin Rd_____, together with all improvements and appurtenances, if any. The property includes all buildings; gas, oil, and mineral rights owned by Seller; plumbing, heating and electrical fixtures; built-in appliances; water softener, security system, satellite dish and controls, unless rented; water pumps and pressure tanks; stationary laundry tubs; all television antennas, rotors and any mechanical controls; window shades, shutters, blinds, curtains and drapery rods, and all window treatments, including curtains and drapes; attached floor coverings; attached fireplace doors and screens; garage door opener and controls; screens, storm windows and doors; fuel in tank(s), landscaping, fences and mailboxes, if any; and _____, but does not include __free standing appliances_____. The property is purchased subject to the existing building and use restrictions, easements of record, and zoning ordinances, if any; provided said restrictions, easements, and zoning ordinances do not unreasonably restrict the Buyer's intended use of the property. (SEE paragraph 6.)

2. **SALE PRICE – METHOD OF PAYMENT.** The sale price is __Four Hundred Twenty-Four Thousand Nine Hundred__ Dollars ($ ____424,900.00____). All monies paid by Buyer to Seller must be in cash or certified check, cashier's check, or money order.

### THE SALE TO BE CONSUMMATED BY: A, B, OR C.

A. (____) **CASH SALE.** Buyer will pay the sale price in cash or certified check, cashier's check, or money order upon delivery by Seller of a Warranty Deed conveying marketable title.

B. ( X ) **NEW MORTGAGE.** This Offer to Purchase is contingent upon the ability of the Buyer to obtain a mortgage from such lender as Buyer may select in the amount of $_____382,410.00_____ with an interest rate not to exceed __5__ percent for a term of __30__ years. Buyer will apply for the mortgage within __5__ days after Buyer has received an acceptable inspection report pursuant to paragraph 14 below. If a firm commitment for such mortgage cannot be obtained within __15__ days from date of application, at either party's written option, this Offer can be declared null and void and the deposit shall be returned to Buyer.

C. (____) **LAND CONTRACT/MORTGAGE ASSUMPTION – SEE FINANCING ADDENDUM.**

3. **OCCUPANCY.** If Seller occupies the property, Seller shall deliver occupancy and possession of the property as follows:
( X ) Immediately after closing.
(____) Within ____ days after closing by 5 p.m. From the date of closing to and including the date of vacating, Seller shall pay Buyer $_____ per day as an occupancy charge. At closing, Seller shall deposit with the Listing Broker or Title Company $_____ to hold as escrow agent as security for said occupancy charge. The ☐Listing Broker/ ☐ Title Company (check one) shall pay to the Buyer the amount of the occupancy charge and then reimburse Seller for any unused days upon Seller vacating the property. If occupancy by Seller is to extend longer than thirty (30) days, escrow agent shall release to Buyer each thirty (30) days an amount equal to the said thirty-day occupancy charge.
If tenants occupy the property, then:
(____) Seller will have the tenants vacate the property before closing.
(____) Buyer will be assigned all Landlord rights and security deposit and rents prorated to date of closing, with Buyer assuming Landlord rights and obligations after date of closing.
Seller agrees to pay or reimburse Buyer for all costs and expenses incurred in recovering possession of the property, including actual attorney fees, together with all actual, incidental and consequential damages sustained by Buyer which shall include, but not be limited to, housing expense, storage fees, actual attorney fees and any other costs or expenses which either arise out of or are connected with Seller's failure or refusal to vacate the property as required by this Agreement. (The Escrow Agent or Broker has no obligation, implied or otherwise, for seeing that the premises is vacated on the date specified or for the condition of the premises, etc.)

4. **DEPOSIT.** The Broker is hereby authorized to present this Offer to Purchase to Seller, and to accept a deposit of $ 42,490.00 paid in the form of ☐ cashier's check, ☒ personal check, ☐ promissory note (check all which do not apply) which shall be held by Broker under Act No. 299 P.A. of 1980 Sec. 2512 (1) (g) and applied to the purchase price if the sale is consummated and further subject to paragraph 12.

5. **TITLE INSURANCE.** Seller shall provide to Buyer, at Seller's expense, an owner's policy of title insurance without standard exceptions in the amount of the sale price. Seller will apply for a commitment for title insurance within __3__ days after the date of acceptance of this Offer to Purchase. Seller shall pay, or reimburse Buyer by a credit at closing, for the cost of a stake survey of the property, if required by the title insurance company, in order to issue a policy without exceptions. Seller shall provide Buyer with a copy

Purchaser(s) initials: _____  Sellers(s) initials: _____, _____

Rev.2006
This contract is for use by Realcomp Subscribers. Use by any other party is illegal and voids the contract.
1 of 4

of the commitment immediately upon receipt, but not later than ___7___ days prior to closing which shall include copies of recorded documents evidencing easements, restrictions, or matters affecting Seller's title to or use of the subject property. Upon receipt of the commitment, Buyer shall have __3__ days to provide Seller with written notice of any objections. Seller shall have thirty (30) days after receiving written notice to remedy the claimed defects. If Seller is unable to remedy the defects within thirty (30) days, Buyer shall have the option of: (1) Proceeding and closing the transaction; or (2) Not closing the transaction and recovering from the Seller the actual damages suffered as a result of Seller's inability to remedy the defects as well as having the deposit returned in its entirety to the Buyer; or (3) Declaring the Offer to Purchase null and void and having the deposit refunded in its entirety to Buyer.

6. APPROVAL OF EASEMENTS AND RESTRICTIONS. This Offer to Purchase is contingent upon Buyer's review and approval of the easements and/or deed and building and use restrictions within __3__ days from delivery of such documents to Buyer. Seller or Seller's agent shall deliver these documents to Buyer within __3__ days from date of Seller's acceptance of this Offer to Purchase. In the event Buyer determines that the easements and/or deed and building and use restrictions are unacceptable, then Buyer shall have the option to terminate this Offer to Purchase without further liability; and, upon the exercise of such option by Buyer, the deposit made hereunder shall be returned in its entirety to Buyer within ten (10) business days after written notice that the easements and/or restrictions are unacceptable. In the event Buyer has not notified Seller that Buyer is terminating this Offer to Purchase within __5__ business days after receiving these documents, the conditions of this paragraph shall be deemed removed and waived by the Buyer.

7. HOMEOWNERS/CONDOMINIUM ASSOCIATION. If there is a Homeowners/Condominium Association that has authority over the property, Seller is to provide Buyer with a copy of the most recent financial statement, Master Deed (if any), by-laws and assessments and any other related information within __N/A__ days of acceptance. If Buyer does not notify Seller in writing within __N/A__ days from the
date of receipt of said documents that the Buyer is dissatisfied with said documents, this Agreement shall be binding without regard to said documents. If Buyer notifies Seller in writing that Buyer is dissatisfied with said documents within the above specified calendar days, then Buyer may declare this Agreement void and all earnest money deposits shall be refunded.

8. TAXES AND ASSESSMENTS. Seller will pay all prior years' real estate taxes and all assessments which have become a lien upon the land at the date of this Offer to Purchase. The current year's real estate taxes will be paid as follows:
(___) NO PRORATION -- Seller will pay the real estate taxes which are due before the date of closing. Buyer will pay real estate taxes which are due on or after the date of closing. "Due" means the date on which a tax becomes payable. There will be no prorating of current year taxes.
( X ) PRORATION -- Seller will pay all current year real estate taxes which are due before date of closing. Current year real estate taxes shall be prorated and adjusted as of the date of closing in accordance with ☐ Due Date, ☐ Fiscal Year, or ☐ Calendar Year (check all which do not apply) basis of the municipality or taxing unit in which the property is located, as though they are paid in (check one) ☐ arrears/ ☐ advance.

9. OTHER PRORATIONS. Interest, rents, insurance, condominium or association dues or fees shall be prorated and adjusted on a 365-day basis. Broker/Title Company may retain from the amount due Seller at closing, a minimum of Two Hundred ($200) Dollars for water charges (based upon water usage of the community). When the next water bill or reading is received, all water adjustments shall be made through the day of possession.

10. CLOSING. Buyer and Seller will close the sale within __5__ days after necessary documents are ready. If a new mortgage is being applied for, the time of closing shall be governed by the lender's requirements. In no event shall the closing take place later than ____December____ ____30th____ ____2010____ .

11. CLOSING COSTS. Unless otherwise provided in this Offer to Purchase, it is agreed that Seller shall pay all state transfer taxes and costs required to convey clear title, all closing fees of title companies or title agents, as well as the cost of preparing all closing documents between the Seller and Buyer. Unless otherwise provided in this Offer to Purchase, Buyer shall pay the cost of recording the deed and/or security interests and all mortgage loan closing costs required by the mortgagee.

12. DEFAULT. If Buyer defaults, Seller may declare forfeiture hereunder and retain the deposit as liquidated damages. If Seller defaults, Buyer may enforce the terms of this Offer to Purchase or may demand a refund of the deposit and pursue all other remedies available to Buyer for damages.

13. RELEASE. Buyer recognizes that the Seller has provided the Buyer a required Seller's Disclosure Statement. The Buyer has been afforded the right to independent inspections of the property, and hereby knowingly waives releases and relinquishes any and all claims or causes of action against Broker(s), its officers, directors, employees, and independent sales associates. Buyer and Seller recognize and agree that the Broker(s) and sales associates involved in this transaction are not parties to this Agreement. The Broker(s) and sales associates specifically disclaim any responsibility for the condition of the property or for the performance of the Agreement by the parties.

Purchaser(s) initials: _JG_ _JG_     Sellers(s) initials: _____ _____

Rev.2006
This contract is for use by Realcomp Subscribers. Use by any other party is illegal and voids the contract.
2 of 4
instant forms

11-04461-tjt   Doc 4-1   Filed 02/08/11   Entered 02/08/11 10:18:52   Page 3 of 5

14. **INSPECTION.** Broker recommends Buyer obtain independent private inspection(s) of the property, including, but not limited to mold and radon, by an inspector of its choice and at the Buyer's expense. Inspection(s) should be concluded within __10__ calendar days of acceptance of this offer and written notice must be given to the Seller's agent within that time period of any dissatisfaction with the inspection(s).

If square footage is a material matter to the Buyer, it must be verified to Buyer's satisfaction during the inspections(s) period stated above.

Buyer Does __X__ (Buyer's Initials) Does Not _____ (Buyer's Initials) desire to have a Property Inspection(s).

Failure to notify the Seller's agent f any dissatisfaction within this time period shall constitute acceptance of the property in as-is condition.

Buyer's mere submission of a written list of potential defects in the property does not constitute an election to terminate this Agreement. If Seller is notified of defects, Seller shall have __0__ calendar days to either (a) repair or provide for repair to the satisfaction of the Buyer OR (b) declare its unwillingness to repair in writing to the Buyer's Agent or Buyer if Buyer does not have an agent. If the Seller declines to perform repairs the Buyers have the option to either (i) declare this agreement null and void and the Buyer's deposit returned, OR (ii) complete the transaction as is. The Buyer must exercise either of the options in writing, in care of the Seller's agent within __3__ calendar days after the Seller declares its intent in writing.

15. **CITY CERTIFICATION.** If the property is located in a municipality that requires an inspection prior to a sale, Seller will pay for necessary inspections and/or required repairs, if any, to obtain written approval of the municipality.

16. **FLOOD INSURANCE.** Buyer may, at its expense, obtain a Flood Plain Certification within __5__ days from the date of Seller's acceptance of this Agreement. If the Certification discloses that the property is in a Special Flood Hazard Area, Buyer may notify Seller, in writing, within __5__ days from the date of the Certification, that Buyer declares this Agreement null and void and the deposit shall be returned to Buyer. Failure to notify Seller that the property is in a Special Flood Hazard Area within this time period shall constitute a waiver of Buyer's right to terminate the Agreement under this paragraph and Buyer agrees to obtain a policy of flood insurance if required by mortgage lender.

17. **PROFESSIONAL RECOMMENDATION.** Buyer shall have the right to submit this agreement to its attorney for review of form and content after acceptance by the Seller. If Buyer or its attorney does not advise Seller or its agent that the agreement is not acceptable as to form or content within __10__ days after acceptance, this contingency will be deemed removed.

18. **RISK OF LOSS.** Seller is responsible for any damage to the property, except for normal wear and tear, from the date of the offer until the closing. If there is damage, Buyer has the option to cancel this Offer to Purchase and the deposit shall be immediately refunded to Buyer or Buyer can proceed with the closing and either require that Seller repair the damage before the closing or deduct from the purchase price a fair and reasonable estimate of the cost to repair the property and assume the responsibility for the repair, thereby releasing Seller.

19. **ENVIRONMENTAL.** Seller represents, to the best of Seller's knowledge, that the property is free from and does not contain any pollution, contamination or other environmental hazards other than any the Sellers disclosed on the Seller's Disclosure Statement. Buyer, in its sole discretion, reserves the right to withdraw from this Offer to Purchase and have the deposit returned if the property is found to be environmentally unacceptable by the Buyer. The foregoing representation shall survive the closing of this transaction irrespective of any investigation made by or on behalf of any party hereto.

20. **SUCCESSORS.** This Offer to Purchase binds Buyer, Seller, their personal representatives, beneficiaries and heirs, and anyone succeeding to their interest in the property.

21. **WALK-THROUGH INSPECTION.** Seller agrees to keep the property in substantially the same condition as of the date of this Agreement and agrees to maintain heating, sewer, plumbing and electrical systems and any built-in appliances and equipment in normal working order, to keep the roof watertight and maintain the grounds. Seller further agrees to keep all utility services (electric, gas, water) operating until date of possession, and to provide the Buyer with sufficient notification of occupancy date in order to arrange a transfer of the services. Seller agrees to leave the premises "broom clean" upon vacating. Buyer shall have the right to a walk-through inspection of the premises within twenty-four hours prior to closing in order to determine the property has been maintained in the condition agreed. Seller is responsible for any damage to the property, except for normal wear and tear, from the date of this offer until closing or vacating, whichever is later.

22. **ARBITRATION.** Any claim of Seller or Buyer arising out of this Agreement relating to the disposition of the earnest money deposit or the physical condition of the property covered by this Agreement shall be arbitrated in accordance with the rules, then in effect, adopted by the arbitration tribunal approved by Michigan Association of Realtors®. This is a voluntary agreement between the Buyer and Seller, and the failure to agree to arbitrate does not affect the validity of this Agreement. This Agreement is made subject to and incorporates the provisions of Michigan law governing arbitrations. This provision shall survive closing. The parties acknowledge

Purchaser(s) initials: _____, _____    Sellers(s) initials: _____, _____

Rev.2006    3 of 4
This contract is for use by Realcomp Subscribers. Use by any other party is illegal and voids the contract.    instanet forms

11-04461-tjt    Doc 4-1    Filed 02/08/11    Entered 02/08/11 10:18:52    Page 4 of 5

that they understand that by agreeing to binding arbitration, they have given up their right to a day in court and that they understand the arbitration process and that the award of the arbitrator is final and conclusive and not appealable except for limited due process reasons as set forth in the Michigan laws and court rules. The parties ☐ do / ☑ do not (check one) wish to agree to arbitrate future disputes.

JG HG
(Buyer's Initials)      (Seller's Initials)

23. ENTIRE AGREEMENT. This Offer to Purchase supersedes any and all understandings and agreements and constitutes the entire agreement between the parties and no oral representations or statements shall be considered a part hereof.

24. NOTICE OF AGENCY. Seller and Buyer acknowledge that they have received the form Disclosure Regarding Real Estate Agency Relationships explaining the different types of agency relationships. The following agency relationship(s) is/are hereby confirmed for this transaction:

_____     Michael Moceri
Listing Agent (Broker) is acting as an agent of the:     Selling Agent (Broker) is acting as an agent of the:

[____] Seller [____] Dual [____] Non-Agent     [_X_] Buyer [____] Dual [____] Seller [____] Non-Agent

25. OTHER CONDITIONS
Bankrupcy Trustee Listing - "As Is" sale  Seller has no knowledge of property condition

By the execution of this Agreement, the Buyer acknowledges receipt of a copy of this Offer to Purchase.

IN THE PRESENCE OF:

Witness Deborah Lee-Bjorkly     Buyer Jennifer & Harry Gruits

Witness     Buyer
Dated: _____     Address: 2216 Brockton, Royal Oak  MI 48067

BROKER'S ACKNOWLEDGMENT OF DEPOSIT

Received from the above named Buyer the deposit money above mentioned, which will be applied as indicated in paragraph 4 or will be returned forthwith after tender if the foregoing Offer to Purchase is declined.

_____ Broker By: _____
This is a cooperative sale with

ACCEPTANCE: By affixing Seller(s) signature(s) hereto, Seller(s) accepts this Offer to Purchase and acknowledges receipt of a copy hereof. Seller further agrees that the Broker has procured said Offer to Purchase and has brought about this sale and agrees to pay Broker for services rendered a commission as set forth in the Listing Contract for sale of the property, or in the absence of said Listing Contract, a commission of __6__ % of the sale price stated above.

IN THE PRESENCE OF:

Witness     Seller

Witness     Seller
Dated: _____     Address: _____

The undersigned Buyer hereby acknowledges receipt of a copy of the Seller's acceptance of the foregoing Offer to Purchase.

Dated: _____
    Buyer
Purchaser(s) initials: JG  HG     Sellers(s) initials: _____

Rev.2006
This contract is for use by Realcomp Subscribers. Use by any other party is illegal and voids the contract.

4 of 4

Instanet forms