# EXHIBIT C

Buyers request reimbursement for all missing items that were included in contract:

- Window blinds - $8,990
- Window drapes and Hardware - $2,325
- Built in refrigerator (GE =$2,470, JennAir=$2,734) used Average = $2,734
- Woodmode refrigerator door panels* (GE=$1,100, JennAir=$1,400) used Average - $1,250
- Built in Electrolux Dishwasher - $1,200
- Exterior Garden Bell - $50.00
- Wall mounted Copper Mailbox - $100.00

**Total cost of Replacement:   $16,650**

*\*Note* - to replace the door panels on the refrigerator I received an over the phone quote of $1,100 for the GE Profile refrigerator and $1,400 for the Jen-air. I will be receiving a more formal quote on Tuesday or Wednesday of this week and will provide the underlying support.

# PROPOSAL

1/19/2011
Harry Gruits
191 Baldwin rd
Birmingham, MI

**DESIGNS UNLIMITED**
104 Willits / Birmingham / Michigan / 48009 / (248) 258-3222

| Description | Amount |
|---|---|
| Custom Panels for integrated refrigerator | $1,440.76 |
| Installation at $70 per hour (minimum of one hour due)(to be determined) | $70.00 |
| Exterior hardware (handles / knobs) not included | |
| Sub total: | $1,510.76 |
| Tax rate: 6%   Tax: | $86.45 |
| Other: | |
| TOTAL: | $1,597.21 |

**NOT INCLUDED IN PRICE UNLESS SPECIFIED:**
* Plumbing and plumbing fixtures of any kind.
* Electrical work of any kind.
* Stereo disconnect or reconnect.
* Appliances of any kind.
* Venting of appliances.
* Mirrors and glass of any kind
* Flooring of any kind.
* Handles of any kind.
* Wallpaper, paint or decorating of any kind.
* Relocating or reconstruction of any plumbing, electrical, venting, or rotted materials uncovered during soffit, header or partition removal.
* Removal of debris from premises.
* Damages to customers flooring, appliances, fixtures, wallpaper, paint, etc.

**CONDITIONS OF PROPOSAL:**
* The price and terms of this proposal are not subject to change unless approved in writing.
* All proposals and agreements are contingent upon strikes, accidents, fires, availability of materials and all other causes beyond our control.
* A monthly finance charge of 1.5% will be added to all outstanding balances after 30 days.
* This proposal is void if not accepted within sixty (60) days from the above date.
* Upon acceptance of this proposal, any cancellation will result in a cancellation charge.
* All material is guaranteed to be as specified, and work will be performed in accordance with the drawings and specifications submitted for work.

**PAYMENTS TO BE MADE AS FOLLOWS:**
1.) 50% deposit
2.) 40% due on delivery
3.) balance due on installation

* Prices may vary due to final selections.
* When drawings have been released, 15% of the total purchase price is nonrefundable and is used as a design fee.
* If purchasing a wall unit with a face frame, full payment is due prior to construction of the face frame.

**- ACCEPTANCE OF PROPOSAL -**
THE ABOVE PRICES, SPECIFICATIONS & CONDITIONS ARE SATISFACTORY AND ARE HEREBY ACCEPTED. YOU ARE AUTHORIZED TO DO THE WORK AS SPECIFIED. PAYMENT WILL BE MADE AS OUTLINED ABOVE.

Designs Unlimited
    Signature:

Customer
    Signature:                                                    Date:



Designs Unlimited
104 Willits
Birmingham, MI 48009
PHONE: (248) 258-3222
FAX: (248) 258-3994

**poggen pohl**
The Ultimate Kitchen

www.designsunlimitedonline.com

# DARCEL'S DRAPE ROOM

1" and 2" wood horizontal blinds. Priced in Kirsch brand / per Darcel's Drape Room 1.8.11

**Blinds**

| | Quantity | Width | Height | | | |
|---|---|---|---|---|---|---|
| **First Floor:** | | | | | | |
| Kitchen | | | | | | |
| Laundry Room | | | | | | |
| Door | 1 | 29 | 38 | 1" wood blind | $ | 317 |
| Foyer Entry | | | | | | |
| Door | 1 | 29 | 38 | 1" wood blind | $ | 317 |
| Lg window | 1 | 46 | 76 | 1" wood blind | $ | 856 |
| sm window | 1 | 21.5 | 76 | 1" wood blind | $ | 433 |
| Family Room | 3 | 36 | 65 | 2" wood Blind | $ | 2,271 |
| Dining Room | 4 | 24 | 26 | 2" wood Blind | $ | 1,232 |
| | 2 | 32.5 | 48 | 2" wood Blind | $ | 1,212 |
| door | 2 | 28 | 72 | 2" wood Blind | $ | 1,498 |
| 1st floor bath | 2 | 19 | 29 | 1" wood blind | $ | 418 |
| Living room | 1 | 25 | 39 | 2" wood Blind | $ | 473 |
| | 1 | 48 | 49 | 2" wood Blind | $ | 888 |
| | 2 | 39.5 | 65 | 2" wood Blind | $ | 1,912 |
| Stair way | 1 | 29 | 69 | 2" wood Blind | $ | 749 |
| | 2 | 45.5 | 45.5 | 2" wood Blind | $ | 1,498 |
| | 1 | 21.5 | 21.5 | 2" wood Blind | $ | 532 |
| | 1 | | 0 | 2" wood Blind | $ | 308 |
| **2nd Floor** | | | | | | |
| Bedrm 1 | 1 | 53 | 53 | 1" wood blind | $ | 548 |
| | 1 | 53 | 53 | 1" wood blind | $ | 825 |
| | 1 | 22 | 22 | 1" wood blind | $ | 221 |
| Master Bath | 2 | 17.5 | 35 | 2" wood Blind | $ | 672 |
| Master bedroom | 2 | 33 | 66 | 2" wood Blind | $ | 1,008 |
| | 2 | 28 | 56 | 2" wood Blind | $ | 1,498 |
| | | | | | | 20,110 |

| Installation @ 3.5 / foot | | | | |
|---|---|---|---|---|
| $ 3.5 | 1050.50 | 87.54 | $ | 306.40 |

| | | |
|---|---|---|
| Less 60% | $ | 8,044.00 |
| Installation | $ | 306.00 |
| Measure | $ | 150.00 |
| Sales tax (6%) | $ | 482.64 |
| Priced | $ | 8,983 |

# DARCEL'S DRAPE ROOM

**Window Treatment & Hardware:**

**Family Room:**
**1 large window**

| | | |
|---|---|---:|
| 15yds fabric @ $25 | $ | 375 |
| Lining | $ | 53 |
| Labor | $ | 200 |
| Installation | $ | 150 |
| Hardware | $ | 75 |
| | **$** | **853** |

**Living Room:**

**4 Window toppers**

| | | |
|---|---|---:|
| 12 yds fabric @ $25 | $ | 300 |
| Lining | $ | 42 |
| Labor | $ | 600 |
| Installation | $ | 250 |
| Hardware | $ | 150 |
| | **$** | **1,342** |
| Sales tax (6%) | $ | 132 |
| **Total for drapes** | **$** | **2,326** |

193 Mill Street, Ortonville MI 48462
Email: darcel@darcelsdraperoom.com
Office: (248) 973-3213
Home Office: (248) 627-3020
Fax: (248) 627-7930

Web   Images   Videos   Maps   News   Shopping   Gmail   more ▼        dbjorkly53@gmail.com | My Shopping List | Settings ▼ | Sign out

## Google products | electrolux dishwasher                              Search Products

# Electrolux EWDW6505GS Dishwasher with 9 Wash Cycles (Stainless Steel)

Overview - Online stores - Nearby stores - Reviews - Details - Related items



**$1,070 online, $1,299 nearby**

91 reviews

With an Aqua-Lux wash system and intelligent sensor technology, this dishwasher delivers powerful cleaning action to get your dishes and cookware sparkling clean. Triple water filtration ensures food particles are not redeposited on clean dishes.

Add to Shopping List

### Online stores

Show only: ☐ Google Checkout  ☐ Free shipping  ☐ New items        Your location: Royal Oak, MI 48067 - Change

| Relevance | Seller rating | Condition | Tax and shipping | Total price | Base price |
|---|---|---|---|---|---|
| Sears    Show all 3 | 1,282 seller ratings | New | Tax $71.94 + Shipping $69.99 | $1,340.93 | $1,199.00 |
| Best Buy | 1,169 seller ratings | New | | | $1,299.99 |
| Lowe's | 56 seller ratings | New | | | $1,299.00 |
| Abt Electronics & Applian... Show all 3 | 1,284 seller ratings | New | Tax $75.52 + Shipping $79.39 | $1,353.91 | $1,199.00 |
| AimToFind.com | 671 seller ratings | New | No tax + Free shipping | $1,069.93 | $1,069.93 |

View all 32 online stores »                                        Online stores 1 - 5 of 32  Next ›

### Nearby stores

**Best Buy**
32320 John R Road,
Madison Heights                 **$1,299.99**
(248) 583-7310 - Open            Limited stock
today 10am-9pm

**Sears**
300 West 14 Mile Road,
Troy                             **$1,299.00**
(248) 597-4128 - Open            Out of stock
today 8am-7pm

**Lowe's**
434 West Twelve Mile,
Madison Heights                  Call for price
(248) 629-3541 - Open            Call for availability
today 6am-9pm

**Lowe's**
28650 Telegraph Road,            Call for price
Southfield                       Call for availability

http://www.google.com/products/catalog?q=electrolux+dishwasher&hl=en&rlz=1T4ADBR...   1/8/2011

# SPECIALTIES
## Appliances & Plumbing Fixtures

# QUOTATION

**63015**

DATE: 01/13/11
Quotation valid until: 02/12/11
Printed on: 01/13/11

Sold To: 77777
APPLIANCE SALES

*Refrigerator 2 models* (handwritten)

Ship To:
HARRY GRUITS
191 BALDWIN
BIRMINGHAM, MI 48009

Page 1

| SLSP REFERENCE | TAKEN BY | SHIPPED VIA | DATES | TERMS |
|---|---|---|---|---|
| GRUITS | Tim Priest | Tim Priest | | C.O.D |

| ITEM # | DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|---|
| | __REFRIGERATOR OPTIONS__ | | | |
| PSIC3RGXBV | 23 CU FT BLACK GE PROFILE SXS REFRIGERATOR PANEL READY | 1 | 2,302.00 | |
| JFI2089WTS | (JFI2089ATS) 20 CF JENN-AIR CTR DEPTH TRIM DISPENSER FRH DR REFRIGERATOR | 1 | 2,799.00 | |
| DELU | INSIDE MAIN LEVEL ONLY DELIVERY**NO INSTALLATION | 1 | 30.00 | |

Handwritten notes:
6% tax
≈ $150

          delivery  tax
GE  $2302 + 30 + 138 =  2470
Jenn-Air  $2799 + 30 + 168 =  2997

                    Average  $2734

*** Deliveries must be arranged TWO WEEKS prior to desired delivery date ***

2800 West Eleven Mile Road • Berkley, MI 48072
Phone: 248-548-5656 Fax: 248-548-8546
www.SpecialtiesShowroom.com



(866) 855-2284
or Chat Now

Outdoor > Mailboxes & Slots >
**Wall Mount Mailboxes**
These stylish mailboxes are meant to be mounted onto the side of your home or an existing column.

Showing 1 - 40 of 93    View All | Prev | Next    Sort Results by:   Price ▲▼   Finish [ ▼ ]   Size [ ▼ ]


Brexton Horizontal Wall Mount Copper Mailbox
Priced From: $89.95
Info / Buy


Brexton Vertical Wall Mount Copper Mailbox
Priced From: $89.95
Info / Buy


Antique Silver Envelope Wall Mount Mailbox
Priced From: $125.95
Info / Buy


Kalen Locking Wall Mount Copper Mailbox
Priced From: $173.95
Info / Buy


Visit Locking Wall Mount Mailbox
Priced From: $38.95
Info / Buy


Visit Locking Wall Mount Stainless Steel Mailbox
Priced From: $83.95
Info / Buy


Rustico Wall Mount Locking Mailbox
Priced From: $72.95
Info / Buy


Deco Locking Wall Mount Mailbox
Priced From: $39.95
Info / Buy


Deco Locking Wall Mount Stainless Steel Mailbox
Priced From: $82.95
Info / Buy



Phone: (888) 688-3672

VIEW CART

Home > Lawn & Garden > Wind Chimes & Bells > Garden Bells

**Types**
- Aluminum Wind Chimes
- Bamboo & Shell Chimes
- Copper Wind Chimes
- Glass Wind Chimes
- Garden Bells
- Meditation Gongs
- Pewter Wind Chimes
- Wind Chime Hooks

**Manufacturers**
- Arias Chimes
- Aries Elite
- Corinthian Bells
- Good Directions
- Goose Rocks Designs
- Grace Note Wind Chimes
- Heritage Pewter
- J.W. Stannard
- Music of the Spheres
- Shenandoah Melodies
- Spirit Winds
- Weatherland Chimes
- Woodstock Percussion

**Price**
- $1 - $39
- $40 - $69
- $70 - $99
- $100 - $199
- $200 - $999
- $1000 +

**Articles**
- A Brief History of Wind Chimes
- Ensemble Groupings of Wind Chimes

**Customer Service**
- Contact Us
- Lowest Price Guarantee
- F.A.Q.

# Garden Bells, Farm Bells, and Bell Chimes



**Medium Black Country Bell**

Crafted from rust-free recycled aluminum and finished with weather-resistant paints, the Medium Country Bell is sure to withstand the harshest outdoor elements. It comes with a six inch matching mounting bracket.

List Price: $49.99
Our Price: $43.99
Sale Price: $37.44  (25% off)

Bring music to a quiet garden nook and an artistic touch to any outdoor space in your home with bell chimes from Outdora. Wind chimes have evolved over the years to include the utilitarian dinner bell that signals family working in the fields on a farm, and finely crafted musical chimes and wind art that creates a tranquil mood and brings harmony outdoors. Garden wind chimes offer romance and atmosphere any season of the year, and create full harmonious sound wherever they're placed.

Continued Below

Displaying 1 to 16 (of 22 items)        1 | 2 | NEXT | VIEW ALL
Sort by: Name

| ☐ Compare | ☐ Compare | ☐ Compare | ☐ Compare |
|---|---|---|---|
|  |  |  |  |
| Cast Iron Farm Bell | Chuckwagon Dinner Bell | Large Black Country Bell | Large Country Bell with Choice of Black Ornament |
| List Price: $65.99 | List Price: $21.99 | List Price: $63.99 | List Price: $81.99 |
| Our Price: $59.99 | Our Price: $19.99 | Our Price: $55.99 | Our Price: $71.99 |
| Sale Price: $54.48 (17% off) | Sale Price: $17.28 (21% off) | Sale Price: $47.02 (27% off) | Sale Price: $61.83 (25% off) |
| Free Shipping! | Free Shipping! | Free Shipping! | Free Shipping! |

| ☐ Compare | ☐ Compare | ☐ Compare | ☐ Compare |
|---|---|---|---|
|  |  |  |  |
| Large Country Bell with Choice of Ornament | Medium Black Country Bell | Natural Rust Patina Garden Bell & Hook | Natural Rust Patina Triangle Bell & Hook |
| List Price: $89.99 | List Price: $49.99 | List Price: $85.99 | List Price: $73.99 |
| Our Price: $77.99 | Our Price: $43.99 | Our Price: $79.99 | Our Price: $67.99 |
| Sale Price: $67.00 (26% off) | Sale Price: $37.44 (25% off) | Sale Price: $73.89 (14% off) | Sale Price: $63.19 (15% off) |
| Free Shipping! | Free Shipping! | Free Shipping! | Free Shipping! |



