UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:	In Bankruptcy

THOMAS JULIAN JOSEPH and	Case No. 09-47467 tjt
ANN MARIE JOSEPH,	Chapter 7
	Hon. Thomas J. Tucker

Debtor(s).
_____/

K. JIN LIM, TRUSTEE,

    Plaintiff,

Adv. Pro. No. 11-04461-tjt

-vs

HARRY L. GRUITS, JENNIFER GRUITS,
THOMAS JULIAN JOSEPH AND
ANN MARIE JOSEPH,

    Defendants.
_____/

## PROOF OF SERVICE

    I certify that on February 7, 2011, I electronically filed Harry L. Gruits & Jennifer Gruits Answer to Interpleader Complaint and Counterclaim/Crossclaim and Proof of Service via ECF which will notify the following:

- Kenneth M. Schneider    kschneider@schneidermiller.com

- Dean R. Nelson, Jr.    dnelson@tauntlaw.com

    BODMAN PLC

    By: /s/ Colin Darke
    Colin Darke (P68294)
    Rebecca D'Arcy O'Reilly (P70645)
    6th Floor at Ford Field
    1901 St. Antoine Street
    Detroit, Michigan 48226
    cdarke@bodmanlaw.com
    *Attorneys for Defendants/Counter-Plaintiffs/Cross-Plaintiffs Harry L. Gruits and Jennifer Gruits*

February 7, 2011