**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:
Thomas J. Joseph					Case No. 09-47467
Ann Marie Joseph				Chapter 7 (Converted from 13)
    Debtors.					Honorable Thomas J. Tucker
_____/

K. Jin Lim, Trustee,
    Plaintiff,
								Adversary Case No. 11-4461
v.

Harry Gruits, Jennifer Gruits,
Thomas Joseph, and Ann Marie Joseph
    Defendants.
_____/

Harry Gruits, Jennifer Gruits
    Cross/Counter-Plaintiffs

v.

K. Jin Lim, Trustee, Thomas Joseph,
And Ann Marie Joseph
    Cross/Counter-Defendants
_____/

Thomas Joseph and Ann Marie Joseph
    Cross/Counter-Plaintiffs

v.

Harry Gruits, Jennifer Gruits, and
K. Jin Lim, Trustee
    Cross/Counter- Defendants
_____/

**CONSENT JUDGMENT**

    This matter having come before the Court upon the stipulation of the Parties, the Court having reviewed the Order and believing just cause exists to grant the relief requested, and the Court being otherwise duly informed, now therefore,

1

IT IS ORDERED that, of the $25,000 exemption funds interpleaded by the Trustee in this Adversary Case, $10,000 of the funds are allocated to Harry and Jennifer Gruits. These funds shall be made payable to Harry and Jennifer Gruits and be remitted to their address located at 191 Baldwin, Birmingham, Michigan 48009.

IT IS FURTHER ORDERED that the remaining $15,000 of the $25,000 exemption funds interpleaded by the Trustee in this Adversary Case are allocated to Debtors Ann Marie and Thomas Joseph. These funds shall be made payable to Charles J. Taunt and Associates, PLLC and be remitted to the Debtors' attorneys located at 700 E. Maple Rd., 2nd Floor, Birmingham, MI 48009.

IT IS FURTHER ORDERED that the Trustee and the Bankruptcy Estate are released from any liability in this adversary proceeding.

IT IS FURTHER ORDERED that this adversary proceeding, including the Trustee's initial Complaint, the Gruits' Cross/Counter Complaint, and the Debtors' Cross/Counter Complaint, is dismissed with prejudice and without costs/fees assessed to any party.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over the settlement agreement executed by the Debtors and the Gruits by which the parties agreed to stipulate to this Order.

This adversary proceeding will now once again be closed.

.

**Signed on June 24, 2011**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge